48 So.3d 1030 (2010)
GARBIN INVESTMENTS, LLC, and Alejandro Garbin, Appellants,
v.
DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellee.
No. 3D10-553.
District Court of Appeal of Florida, Third District.
December 8, 2010.
Dennis A. Donet, for appellants.
Shapiro & Fishman and Heidi J. Weinzetl, Boca Raton, for appellee.
Before WELLS, SHEPHERD, and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. See WM Specialty Mortg., LLC v. Salomon, 874 So.2d 680 (Fla. 4th DCA 2004).